IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JACOB S. BLAKE, JR.,

      Plaintiff,

    v.                      Case No. 21-CV-381

OFFICER RUSTEN T. SHESKEY,
individually,

      Defendant.

## MOTION TO FILE DOCUMENTS UNDER SEAL

Wisconsin Department of Justice, Division of Criminal Investigation (DCI) Agents David Klabunde, Ricardo Tijerino, Raymond Gibbs, Nicholas Gates, Mitchell Ward, and Jason Ruff (collectively "DCI Agents") hereby move the Court for leave to file the Declaration of David R. Klabunde, along with Exhibits A and B to this declaration under seal. This motion is brought pursuant to Fed. R. Civ. P. 5.2 and Eastern District of Wisconsin General L. R. 79(d). The basis for this motion is as follows:

1.    The Declaration of David R. Klabunde is being filed in support of the Motion to Quash or Modify Subpoena and For a Protective Order. The basis for this motion is to protect from disclosure records of an ongoing criminal investigation.

2. Exhibit A is an attachment to the Declaration of David R. Klabunde. Exhibit A includes copies of DCI Reports 20-6420/192, 20-6420/196, 20-6420/197, 20-6420/198, 20-6420/199, 20-6420/201, 20-6420/205, 20-6420/206, Task 20-7324, and their attachments. These are records of an ongoing criminal investigation.

3. Exhibit B is also an attachment to the Declaration of David R. Klabunde. Exhibit B is a log of the emails, email attachments, and text messages related to the case reports in Exhibit A. These are records of an ongoing criminal investigation. The DCI Agents intend to publicly file a redacted copy of Exhibit B with the title description of the entries redacted.

4. Portions of the Declaration of David R. Klabunde discuss the information that generated the case reports listed in Exhibit A. Portions of the Declaration of David R. Klabunde also explain or discuss the specific materials included in the log marked as Exhibit B. These portions of the Declaration of David R. Klabunde disclose specific information concerning an ongoing criminal investigation. The DCI Agents intend to publicly file a redacted copy of the Declaration of David Klabunde with these confidential portions redacted.

5. The basis to maintain the confidentiality of Exhibit A and B, along with the redacted portions of the Declaration of David R. Klabunde, are fully set forth in the DCI Agent's Motion to Quash or Modify Subpoena and

For a Protective Order, and Brief in Support of Motion to Quash or Modify Subpoena and For a Protective Order, which are being filed herewith.

Pursuant to Eastern District of Wisconsin General L. R. 79(d)(4), the parties have conferred and agree to the filing of Declaration of David R. Klabunde and Exhibits A and B under seal.

Dated this 7th day of May 2021.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Jody J. Schmelzer
JODY J. SCHMELZER
Assistant Attorney General
State Bar #1027796

GESINA SEILER CARSON
Assistant Attorney General
State Bar #1055162

Attorneys for Wisconsin Department of Justice DCI Agents

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3094 (JJS)
(608) 266-1672 (GSC)
(608) 294-2907 (Fax)
schmelzerjj@doj.state.wi.us
carsongs@doj.state.wi.us