| Count | Document ID | Title | People/Organizations To | People/Organizations From | People/Organizations CC |
|---|---|---|---|---|---|
| 1 | BlakeS_000000466 | ■ | "Jones, Shannon D." <jonessd@doj.state.wi.us> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Fus, Melissa A." <fusma@doj.state.wi.us> |
| 2 | BlakeS_000000467 | ■ | | | |
| 3 | BlakeS_000000471 | ■ | | | |
| 4 | BlakeS_000000478 | ■ | | | |
| 5 | BlakeS_000000504 | ■ | | | |
| 6 | BlakeS_000000510 | ■ | "Graveley, Michael" <michael.graveley@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Klabunde, David R." <klabundedr@doj.state.wi.us> |
| 7 | BlakeS_000000511 | ■ | "Graveley, Michael" <michael.graveley@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Klabunde, David R." <klabundedr@doj.state.wi.us> |
| 8 | BlakeS_000000512 | ■ | | | |
| 9 | BlakeS_000000513 | ■ | | | |
| 10 | BlakeS_000000515 | ■ | | | |
| 11 | BlakeS_000000516 | ■ | | | |
| 12 | BlakeS_000000517 | ■ | | | |
| 13 | BlakeS_000000518 | ■ | | | |
| 14 | BlakeS_000000519 | ■ | | | |
| 15 | BlakeS_000000520 | ■ | | | |
| 16 | BlakeS_000000521 | ■ | "Graveley, Michael" <michael.graveley@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Klabunde, David R." <klabundedr@doj.state.wi.us> |
| 17 | BlakeS_000000541 | ■ | | | |
| 18 | BlakeS_000000550 | ■ | "Wiedenfeld, Zeke S - DAIT" <zeke.wiedenfeld@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | |
| 19 | BlakeS_000000552 | ■ | | | |
| 20 | BlakeS_000000573 | ■ | "Hemberger, Michael J." <hembergermj@doj.state.wi.us> "Klabunde, David R." | "Hemberger, Michael J." <hembergermj@doj.state.wi.us> | "Faralli, Scott L." <farallisl@doj.state.wi.us> |
| 21 | BlakeS_000000580 | ■ | "Graveley, Michael" <michael.graveley@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Klabunde, David R." <klabundedr@doj.state.wi.us> |
| 22 | BlakeS_000000629 | ■ | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Graveley, Michael" <michael.graveley@da.wi.gov> | |
| 23 | BlakeS_000000631 | ■ | | | |
| 24 | BlakeS_000000632 | ■ | | | |
| 25 | BlakeS_000000633 | ■ | | | |
| 26 | BlakeS_000000634 | ■ | | | |
| 27 | BlakeS_000000637 | ■ | | | |

| Count | Document ID | Title | People/Organizations To | People/Organizations From | People/Organizations CC |
|---|---|---|---|---|---|
| 28 | BlakeS_000000638 | | | | |
| 29 | BlakeS_000000639 | | | | |
| 30 | BlakeS_000000640 | | | | |
| 31 | BlakeS_000000641 | | | | |
| 32 | BlakeS_000000643 | | | | |
| 33 | BlakeS_000000644 | | | | |
| 34 | BlakeS_000000646 | | | | |
| 35 | BlakeS_000000647 | | | | |
| 36 | BlakeS_000000648 | | | | |
| 37 | BlakeS_000000649 | | | | |
| 38 | BlakeS_000001020 | | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Jones, Shannon D." <jonessd@doj.state.wi.us> | "Fus, Melissa A." <fusma@doj.state.wi.us> |
| 39 | BlakeS_000001122 | | | | |
| 40 | BlakeS_000001172 | | | | |
| 41 | BlakeS_000001457 | | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Klabunde, David R." <klabundedr@doj.state.wi.us> | |
| 42 | BlakeS_000001458 | | | | |
| 43 | BlakeS_000001459 | | | | |
| 44 | BlakeS_000001460 | | | | |
| 45 | BlakeS_000001461 | | | | |
| 46 | BlakeS_000001462 | | | | |
| 47 | BlakeS_000001463 | | | | |
| 48 | BlakeS_000003016 | | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Wiedenfeld, Zeke" <zeke.wiedenfeld@da.wi.gov> | |
| 49 | BlakeS_000003020 | | | | |
| 50 | BlakeS_000003783 | | "Graveley, Michael" <michael.graveley@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Klabunde, David R." <klabundedr@doj.state.wi.us> |
| 51 | BlakeS_000003801 | | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Graveley, Michael" <michael.graveley@da.wi.gov> | |
| 52 | BlakeS_000003925 | | "Graveley, Michael" <michael.graveley@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Klabunde, David R." <klabundedr@doj.state.wi.us> "McNeill, Carli - DAIT" <carli.mcneill@da.wi.gov> |
| 53 | BlakeS_000004044 | | "Graveley, Michael" <michael.graveley@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Klabunde, David R." <klabundedr@doj.state.wi.us> |
| 54 | BlakeS_000005015 | | | | |

| Count | Document ID | Title | People/Organizations To | People/Organizations From | People/Organizations CC |
|---|---|---|---|---|---|
| 55 | BlakeS_000006280 | | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | "Wiedenfeld, Zeke" <zeke.wiedenfeld@da.wi.gov> | |
| 56 | BlakeS_000006500 | | "McNeill, Carli - DAIT" <carli.mcneill@da.wi.gov> | "Tijerino, Ricardo E." <tijerinore@doj.state.wi.us> | |
| 57 | BlakeS_000010548 | | | | |