IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JACOB S. BLAKE, JR.,

    Plaintiff,

    v.                                   Case No. 21-CV-0381

OFFICER RUSTEN T. SHESKEY,
individually,

    Defendant.

## STATUS REPORT

    This status report is Wisconsin Department of Justice DCI Agents' (DCI) response to the Court's January 12, 2022 Sealed Order, wherein the Court ordered the movants to explain "whether there were additional materials provided to DA Graveley and the Kenosha Police Department" that were not previously provided to the Court. Upon review of DCI records, it is DCI's belief that Exhibit A was exhaustive of any records turned over to DA Graveley and Kenosha Police Department as part of DCI Case 20-6420.

    However, DCI believes three clarifications need to be made with the Court. First, DCI provided records from DCI Case 20-6420 to the Federal Bureau of Investigation (FBI), the United States Attorney's Office, and Noble Wray—an independent law enforcement expert retained to review the DCI

investigation of the August 23, 2020 shooting. These disclosures may have also included the materials in Exhibit A.

Second, DCI maintains a separate case file concerning the Secondary Investigation, which is DCI Case 20-9781. At this point, that case involves an open investigation. DCI has worked with DA Graveley's office regarding some components of this investigation and has shared records from DCI Case 20-9781 with DA Graveley's office.

Third, the Court is correct that the materials contained in Exhibit B were not compiled and provided to any party outside of WDOJ/DCI—they were located from an internal search of DCI records and emails after DCI received Plaintiff's subpoenas. However, as the Court can see from Exhibit B, some of these materials are communications that, by their nature, included individuals outside DOJ and DCI in their role in the investigative process.

Dated this 20th day of January 2022.

> Respectfully submitted,
>
> JOSHUA L. KAUL
> Attorney General of Wisconsin
>
> s/ Jody J. Schmelzer
> JODY J. SCHMELZER
> Assistant Attorney General
> State Bar #1027796

GESINA SEILER CARSON
Assistant Attorney General
State Bar #1055162

Attorneys for Wisconsin Department of
Justice DCI Agents

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3094 (JJS)
(608) 266-1672 (GSC)
(608) 294-2907 (Fax)
schmelzerjj@doj.state.wi.us
carsongs@doj.state.wi.us