UNITED STATES DISTRICT COURT
Eastern District of Wisconsin

---

JACOB S. BLAKE, JR.,

    Plaintiff,

    v.        Case No. 21-cv-381

OFFICER RUSTEN T. SHESKEY, INDIVIDUALLY

    Defendants.

---

## JOINT STATUS REPORT OF THE PARTIES

---

Pursuant to the Court's April 25, 2022 order for submission of a Joint Rule 26 Plan on today's date, the parties can report to the Court that they are in the process of completing a stipulated dismissal that we anticipate will be entered by Friday, May 6, 2022. In light of the above, the parties respectfully request that the status hearing scheduled for May 5, 2022 be stricken pending submission of the stipulated dismissal.

Respectfully Submitted,

| | |
|---|---|
| s:___Patrick A. Salvi, II_____ | s:_Kenneth M. Battle_____ |
| *Attorney for Plaintiff* | *Attorney for Defendant, Officer Rusten T. Sheskey, Individually* |
| Patrick A. Salvi, II | Kenneth M. Battle |
| SALVI, SCHOSTOK & PRITCHARD P.C. | O'Connor & Battle, LLP |

DATE: May 3, 2022