## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JACOB S. BLAKE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CV-00381 |
| | ) | |
| v. | ) | |
| | ) | Judge J. P. Stadtmueller |
| | ) | |
| OFFICER RUSTEN T. SHESKEY, | ) | |
| Individually, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING

TO:     All counsel of record (see attached service list)

PLEASE TAKE NOTICE that on May 3, 2022, we electronically filed with the Clerk of the United States District Court for the Eastern District of Wisconsin the parties' Joint Status Report, a copy of which is attached.

Respectfully submitted,

By:     */s/ Lance D. Northcutt*
For the Plaintiff

**SALVI, SCHOSTOK & PRITCHARD P.C.**
Patrick A. Salvi, II (Illinois Bar No. 6293686)
Tara Devine (Wisconsin Bar No. 1045764)
Lance Northcutt (Illinois Bar No. 6278144)
Jackie Wilcox (Illinois Bar No. 6336949)
161 N. Clark Street, Suite 4700
Chicago, IL 60601
(312) 372-1227
psalvi2@salvilaw.com
tdevine@salvilaw.com
lnorthcutt@salvilaw.com
jwilcox@salvilaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on May 3, 2022. Any participants in the case are registered

CM/ECF users who will be served by the CM/ECF system in accordance with Fed. R. Civ. P. 5(a) and (b).

/s/ *Lance Northcutt*
SALVI, SCHOSTOK & PRITCHARD, P.C.

3