UNITED STATES DISTRICT COURT
Eastern District of Wisconsin

JACOB S. BLAKE, JR.,

      Plaintiff,

  v.                                                               Case No. 21-cv-381

OFFICER RUSTEN T. SHESKEY, INDIVIDUALLY

      Defendants.

## STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-entitled cause, through their respective attorneys, that this cause be dismissed with prejudice without costs or fees to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).

Entered:_____

                                                          By:_____
                                                                     Judge

Approved and Agreed.

| | |
|---|---|
| s:_*Patrick A. Salvi, II*_____ | s:_*Kenneth M. Battle*_____ |
| *Attorney for Plaintiff* | *Attorney for Defendant, Officer Rusten T. Sheskey, Individually* |
| Patrick A. Salvi, II | Kenneth M. Battle |
| SALVI, SCHOSTOK & PRITCHARD P.C. | O'Connor & Battle, LLP |